UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NEW YORK LIFE INSURANCE COMPANY**

CIVIL ACTION

**VERSUS**

**KOLANDE SCHLESE WILLIAMS, ET AL.**

NO.: 13-00577-BAJ-SCR

## ORDER

Before the Court is **New York Life Insurance Company's Motion for Preliminary Injunctive Relief (Doc. 7)**, seeking an order from this Court prohibiting Defendants John Stewart, John A. Stewart, David Michael Stewart, and Kolande Schlese Williams (collectively "Defendants") from instituting or prosecuting any proceeding against Plaintiff New York Life Insurance Company ("NYLIC") for payment of the death benefits payable under NYLIC annuity policy number 47 501 042.

On December 13, 2013, the Court held a telephone conference with counsel for NYLIC and counsel for Defendants John Stewart, John A. Stewart, and David Michael Stewart (collectively "Stewart Defendants").[1] During the telephone conference, counsel for the Stewart Defendants informed the Court that his clients do not oppose the motion for preliminary injunction.[2] Upon review of the motion, the Court also finds that

---

[1] On November 18, 2013, the Clerk of Court granted NYLIC's motion for entry of default against Defendants Kolande Schlese Williams. (Doc. 25.)

[2] The Court further notes that no memorandum in opposition was filed in response to the instant motion.

NYLIC has met the elements required for the issuance of a preliminary injunction. *See Ridgely v. FEMA*, 512 F.3d 727, 734 (5th Cir. 2008); *see also* Fed.R.Civ.P. 65.

Accordingly,

**IT IS ORDERED** that **New York Life Insurance Company's Motion for Preliminary Injunctive Relief (Doc. 7)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants John Stewart, John A. Stewart, David Michael Stewart, and Kolande Schlese Williams are **ENJOINED** from filing any action against Plaintiff New York Life Insurance Company related to the payment of death benefits payable under NYLIC annuity policy number 47 501 042, insuring the life of Kimberly Stewart, until otherwise notified by this Court.

Baton Rouge, Louisiana, this 16th day of December, 2013.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**