UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NEW YORK LIFE INSURANCE                          CIVIL ACTION
COMPANY

VERSUS

KOLANDE SCHLESE WILLIAMS, ET AL.              NO.: 13-00577-BAJ-SCR

## ORDER GRANTING MOTION FOR ENTRY OF CONSENT JUDGMENT

Before the Court is a **Joint Motion for Entry of Consent Judgment for Permanent Injunction, Declaratory Judgment and Dismissal With Prejudice (Doc. 39)**, filed by Plaintiff New York Life Insurance Company and Defendants John Stewart, Jr., John A. Stewart, David Michael Stewart, seeking an order from this Court entering into the record a Consent Judgment, agreed upon and entered into by all parties.

The Court has reviewed the proposed Consent Judgment, and finds it to be a fair and reasonable settlement of this matter. The Court reminds the parties, however, that the Consent Judgment constitutes an agreement between the parties, and is made a part of the Court record at the parties' request. Thus, the Consent Judgment can only be set aside on the ground of fraud or mutual mistake.

Accordingly,

**IT IS ORDERED** that Plaintiff New York Life Insurance Company and Defendants John Stewart, Jr., John A. Stewart, David Michael Stewart's **Joint Motion for Entry of Consent Judgment for Permanent Injunction, Declaratory Judgment and Dismissal With Prejudice (Doc. 39)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Consent Judgment for Permanent Injunction, Declaratory Judgment and Dismissal With Prejudice**, which is attached to this order, is hereby incorporated by reference, adopted, and made an Order of this Court.

Accordingly,

**IT IS FURTHER ORDERED** that Plaintiff New York Life Insurance Company's **Motions for Permanent Injunctive Relief, Declaratory Judgment and Dismissal With Prejudice (Doc. 37)** is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this _11th_ day of August, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NEW YORK LIFE INSURANCE                          CIVIL MATTER
COMPANY

VERSUS

KOLANDE SCHLESE WILLIAMS, ET AL.              NO.: 13-00577-BAJ-SCR

## CONSENT JUDGMENT FOR PERMANENT INJUNCTION, DECLARATORY JUDGMENT AND DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come New York Life Insurance Company, John A. Stewart, Sr., John A. Stewart, Jr., and David Michael Stewart, who jointly submit this Consent Judgment for Permanent Injunction, Declaratory Judgment and Dismissal with Prejudice in the captioned matter;

On January 2, 2014, New York Life filed its motion for permanent injunction, declaratory judgment and dismissal with prejudice as against John A. Stewart, Sr., John A. Stewart, Jr., and David Michael Stewart [Docket No. 37];

John A. Stewart, Sr., John A. Stewart, Jr., and David Michael Stewart hereby stipulate that they have no opposition to the foregoing motion for permanent injunction, declaratory judgment and dismissal with prejudice and consent to all the relief requested therein;

As such, **IT IS HEREBY ORDERED, DECREED AND ADJUDGED** that New York Life's motion for permanent injunction, declaratory judgment and dismissal with prejudice be and is hereby **GRANTED**:

IT IS FURTHER ORDERED, DECREED AND ADJUDGED that John A. Stewart, Sr., John A. Stewart, Jr., and David Michael Stewart be and are hereby permanently enjoined and restrained from instituting or prosecuting any proceeding against New York Life Insurance Company in any state court or court of the United States relating to any interest in the death benefits payable under New York Life 20-year term life insurance policy No. 47 501 042 ("Policy");

IT IS FURTHER ORDERED, DECREED AND ADJUDGED that New York Life has no further liability beyond the terms of the Policy and is discharged from any and all liability to John A. Stewart, John A. Stewart, Jr. and David Michael Stewart under the Policy as it has deposited into the Court's registry the full death benefit payable under the Policy, plus interest;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that New York Life be and is hereby **DISMISSED** from the captioned interpleader, with prejudice.


KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Amy S. Malish
MAURA Z. PELLETERI (#8463)
AMY S. MALISH (#28992)
400 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582

PERKINS & DUPRÉ

/s/ Clayton M. Perkins
CLAYTON M. PERKINS, JR. (#8589)
19929 Old Scenic Hwy
Zachary, LA 70791
Telephone: (225) 658-9602 -
Facsimile: (225) 658-9603 -
Email macperkins@msn.com