UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NEW YORK LIFE INSURANCE COMPANY**  CIVIL ACTION

VERSUS

**KOLANDE SCHLESE WILLIAMS, ET AL.**  NO.: 13-00577-BAJ-SCR

## ORDER

**IT IS ORDERED** that Defendants John Stewart, Jr., John A. Stewart, and David Michael Stewart's **Motion to Disburse Interpleader Funds; Judgment (Doc. 44)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall draw a check on the funds on deposit in the registry of this Court in the following amounts:

(1) $8,000.00, payable to New York Life Insurance Company, mailed or delivered to Amy S. Malish of Krebs, Farley & Pelleteri at 400 Poydras Street, Suite 2500, New Orleans, Louisiana 70130;

(2) the balance of the interpleader funds, minus any administration fees, payable to Defendants John Stewart, Jr., John A. Stewart, and David Michael Stewart, mailed or delivered to Clayton M. Perkins, Jr. at 19929 Old Scenic Highway, Zachary, Louisiana 70791.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Declare Ownership of Interpleader Funds; Judgment (Doc. 43)** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that **Joint Motion for Telephone Status Conference (Doc. 46)** is **DENIED**.

Baton Rouge, Louisiana, this 11th day of August, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**